## PerkinsCoie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

February 20, 2024

David A. Perez
AHoward@perkinscoie.com
D. +1.206.359.6767
F. +1.206.359.7767

**VIA ECF**

Honorable Thérèse Wiley Dancks
United States Magistrate Judge
United States District Court, Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

**Re: *Reynolds v. The County of Onondaga et al*, No. 5:22-cv-01165-BKS-TWD**

Dear Judge Dancks:

      We represent Defendant NaphCare, Inc. ("NaphCare") in the above-captioned matter, and write to respectfully request that the Court permit my remote appearance, as counsel of record for NaphCare, at the Rule 16 conference that is currently scheduled for February 21, 2023 at 1:00 p.m. ET (the "Conference").

      My colleagues Stephanie Olson and LaMarte Williams will be appearing at the Conference in-person on behalf of NaphCare, as they are currently in the Syracuse area taking a deposition of the New York State Commission of Correction in this matter. However, I am unable to attend the Conference due to a conflicting trip to Canada.

      For these reasons, we respectfully request that the Court provide a telephonic dial-in, video link, or other method to permit me to appear, listen in, and participate in tomorrow's Conference. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ David A. Perez*
David A. Perez

cc: All parties via ECF

165657943.1
Perkins Coie LLP