UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI REYNOLDS, Individually and as Administratrix of the Estate of Angela P. Peng<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF ONONDAGA, et al.,<br><br>Defendants. | Case No. 5:22-cv-01165-BKS-TWD<br><br>**] ORDER GRANTING DEPOSITION SCHEDULE** |

Pursuant to the Parties' joint letter status report, the following witnesses shall appear for deposition, as set forth below, subject to modification upon agreement of all Parties:

| No. | Date | Witness Party | Name of Witness | Noting Party | In Person or Virtual |
|---|---|---|---|---|---|
| 1 | Tuesday, April 2, 2024<br><br>10:00 a.m. ET | Plaintiff | Chad Allen<br><br>*(Subject to Confirmation)* | NaphCare | Virtual |
| 2 | Wednesday, April 3, 2024<br><br>10:00 a.m. ET | Plaintiff | Lori Reynolds | NaphCare | In person |
| 3 | Thursday, April 4, 2024<br><br>10:00 a.m. ET | Plaintiff | Wei-Min Peng<br><br>*(Subject to Confirmation)* | NaphCare | In person |
| 4 | Friday, April 12, 2024<br><br>10:00 a.m. ET | NaphCare | Marsha Burgess | County | Virtual |
| 5 | Thursday, April 18, 2024<br><br>10:00 a.m. ET | NaphCare | Casey Gladney | County | Virtual |
| 6 | Monday, April 22, 2024 | NaphCare | Sonia Reisdorf | County | Virtual |

| | | | | | |
|---|---|---|---|---|---|
| | 10:00 a.m. ET | | | | |
| 7 | Tuesday, April 23, 2024<br><br>10:00 a.m. ET | County | Deputy Campbell | NaphCare | In person |
| 8 | Friday, April 29, 2024<br><br>10:00 a.m. ET | County | Deputy Cabrey | NaphCare | In person |
| 9 | Monday, May 6, 2024<br><br>10:00 a.m. ET | Proactive | Thomas Maloney<br><br>*(or Tonya Chavis, Subject to Confirmation)* | County | In person |
| 10 | Wednesday May 8, 2024<br><br>10:00 a.m. ET | Proactive | Veronica Sessa | County | In person |
| 11 | Wednesday, May 15, 2024<br><br>10:00 a.m. ET | County | Sergeant Leubner<br><br>*(Subject to Confirmation)* | NaphCare | In person |

SO ORDERED:

Dated: March 11, 2024
      Syracuse, New York

Thérèse Wiley Dancks
United States Magistrate Judge