UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

LORI REYNOLDS,
Individually and as Administratrix of
the Estate of Angela P. Peng,

        Plaintiff,

    v.

THE COUNTY OF ONANDAGA, TOBIAS J. SHELLEY, JOHN S. DRAPIKOWSKI, NAPHCARE, INC., JOHN/JANE DOE #1-#30, and PROACTIVE HEALTH CARE MEDICINE, PLLC,

        Defendants,

5:22-cv-1165 (BKS/TWD)

---

**ORDER**

Upon reviewing the Plaintiff's Renewed Petition for Court Approval of Settlement, (Dkt. No. 186), and considering all of the presentations at the February 12, 2025 hearing on this Petition, the Court finds good and sufficient cause has been shown to allow the Administrator of the Estate of Angela P. Peng to compromise this action in the best interest of the Estate, and the Settlement is hereby approved by the Court.

**IT IS HEREBY ORDERED** that the settlement of this action is **APPROVED** as against Defendants, **ONONDAGA COUNTY**, **TOBIAS J. SHELLEY**, as Onondaga County Sheriff, **JOHN S. DRAPIKOWSKI**, as Onondaga County Chief Custody Deputy Sheriff, **PROACTIVE HEALTH CARE MEDICINE, PLLC**, and **NAPHCARE, INC.** for a collective sum of seven hundred and fifty thousand dollars ($750,000.00), in cash, with the sum of one hundred thousand dollars ($100,000.00) payable on behalf of Defendants, **ONONDAGA COUNTY**, **TOBIAS J. SHELLEY**, as Onondaga County Sheriff, and **JOHN S. DRAPIKOWSKI**, as Onondaga County

1

Chief Custody Deputy Sheriff, and the sum of six hundred and fifty thousand dollars ($650,000.00) payable on behalf of Defendants, **PROACTIVE HEALTH CARE MEDICINE, PLLC** and **NAPHCARE, INC.**; it is further

**ORDERED** that the total sum of Two-Hundred Thirty-Five Thousand Six-Hundred Twenty Dollars and Fifty-Five Cents ($235,620.55) be paid to Kenny & Kenny, PLLC for attorneys' fees, and the total sum of Forty-Three Thousand Sixty-Seven Dollars and Sixty-Seven Cents ($43,067.67) be paid to Kenny & Kenny, PLLC for costs and disbursements; it is further

**ORDERED** that the balance of the settlement proceeds in the approximate amount of Four Hundred Seventy-One Thousand Three Hundred Eleven Dollars and Seventy-Eight Cents ($471,311.78) be held in escrow by the Petitioner and/or her attorneys pending the final disposition and distribution by the Onondaga County Surrogate's Court; and it is further

**ORDERED** that the Petitioner, Lori Reynolds, as Administratrix of the Estate of Angela P. Peng is authorized to execute and deliver releases to Defendants, **ONONDAGA COUNTY**, **TOBIAS J. SHELLEY**, as Onondaga County Sheriff, **JOHN S. DRAPIKOWSKI**, as Onondaga County Chief Custody Deputy Sheriff, **PROACTIVE HEALTH CARE MEDICINE, PLLC,** and **NAPHCARE, INC.**, and such other papers as may be necessary to effectuate the settlement of this matter under the terms and conditions herein and agreed upon amongst the parties; and it is further

**ORDERED** that the issue of final disposition and distribution of the net proceeds of the settlement of this matter is referred to the Onondaga County Surrogate's Court; and it is further

**ORDERED** that the Court has dispensed with the necessities for the making and filing of a bond.

**IT IS SO ORDERED**:

Dated:  February 12, 2025

*Brenda K. Sannes*
The Honorable Brenda K. Sannes
Chief U.S. District Judge